UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **ANDREA CONRAD, et al.**<br><br>*Plaintiffs*<br><br>v.<br><br>**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, et al.**<br><br>*Defendants.* | Case No.: 1:20-cv-03229-RDB |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT LUTHERAN CHURCH-MISSOURI SYNOD, INC. D/B/A LUTHERAN CHURCH SOUTHEASTERN DISTRICT

Plaintiff Andrea Conrad, Plaintiff H.C., a minor, and Defendant Lutheran Church-Missouri Synod, Inc. d/b/a Lutheran Church Southeastern District ("Defendant LCMS"), by undersigned counsel and pursuant to Maryland Rule 2-506(a)(2), hereby stipulate to the dismissal of Plaintiffs' claims against Defendant LCMS with prejudice, with each party to bear its own costs and fees. Plaintiffs' claims against Defendant Baltimore Lutheran High School Association d/b/a Concordia Preparatory School are not affected by this dismissal. Plaintiffs reserve the right to join additional relevant parties to this action before the Court's deadline.

Dated: December 30, 2020

Respectfully submitted,

 /s/ Justin Browne
Justin Browne (Bar No. 29164)
Christina Graziano (*pro hac vice* to be filed)
KETTERER, BROWNE & ANDERSON, LLC
336 S. Main Street
Suite 2A-C
Bel Air, MD 21014
Phone: (855) 522-5297
Fax: (855) 334-5626
Justin@KBAAttorneys.com

1

Christina@KBAattorneys.com

*Attorneys for Plaintiffs*

 */s/ Gregg Viola*
Gregg E. Viola (Bar No. 25737)
(signed by Justin Browne with permission of Gregg E. Viola)
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Phone: (410) 752-7474
Facsimile: (410) 752-0611
viola@ewmd.com

*Attorneys for Defendant LCMS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2020, a copy of the foregoing Stipulation of Dismissal With Prejudice Between Plaintiffs and Defendant Lutheran Church-Missouri Synod, Inc., d/b/a Lutheran Church Southeastern District was served via this Court's CM/ECF system to all counsel of record.

 */s/ Justin Browne*
Justin Browne (Bar No. 29164)