IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **ANDREA CONRAD, ET AL.,**<br><br>Plaintiffs<br><br>v.<br><br>**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL.**<br><br>Defendants | **Case No.  1:20-CV-03229-RDB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their respective undersigned counsel hereby file this Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this stipulation that any and all claims that were asserted in the above-captioned case, including any counter or cross claims are hereby **DISMISSED WITH PREJUDICE**.


SEEN AND APPROVED BY:


_____          _____

Judge Richard D. Bennett                                              Date

J:\1C160\Plead\STIPULATION OF DISMISSAL.docx

Respectfully submitted,


| /s/Gregg E. Viola | /s/Mark P. Johnson |
|---|---|

Gregg E. Viola (25737)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: viola@ewmd.com
*Attorney for DefendantBaltimore Lutheran High School Association d/b/a Concordia Preparatory School*

Mark P. Johnson (29091)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
(410) 752-0611 (fax)
E-mail: johnson@ewmd.com
*Attorney for DefendantBaltimore Lutheran High School Association d/b/a Concordia Preparatory School*


/s/Eric M. Rigatuso

Eric M. Rigatuso (27605)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: rigatuso@ewmd.com
*Attorney for DefendantBaltimore Lutheran High School Association d/b/a Concordia Preparatory School*


| /s/Justin A. Browne | /s/Brian S. Goodman |
|---|---|

Justin A. Browne (29164)
KETTERER, BROWNE, & ASSOCIATES, PLLC
2020 PROGRESS COURT, SUITE 100-147
RALEIGH, NC 27608
(984) 272-2112 (phone)
(855) 334-5626 (fax)
E-mail: Justin@KBAattorneys.com
*Attorney for Plaintiffs*

Brian S. Goodman (03212)
GOODMAN LAW GROUP
9199 Reisterstown Road, Suite 213C
Owings Mills, MD 21117
(443) 824-0659 (phone)
(410) 559-7100 (fax)
E-mail: brian@goodmanlawgroupllc.com
*Attorney Defendant Synod*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2026, copies of the foregoing Stipulation of Dismissal with Prejudice were served via the Court's ECF System to all parties and counsel of record.

*/s/Gregg E. Viola*
Gregg E. Viola (25737)