IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

**ANDREA CONRAD, ET AL.,**

Plaintiffs

v.

**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL.**

Defendants

**Case No.  1:20-CV-03229-RDB**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their respective undersigned counsel hereby file this Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this stipulation that any and all claims that were asserted in the above-captioned case, including any counter or cross claims are hereby **DISMISSED WITH PREJUDICE**.

SEEN AND APPROVED BY:

_____
Judge Richard D. Bennett

JANUARY 15, 2026
Date